EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00092 SOM |
| Plaintiff, | ) | |
| vs. | ) | SUPERSEDING INDICTMENT |
| | ) | [21 U.S.C. §841(a)(1) |
| RONALD E. VASCONCELLOS, | ) | 21 U.S.C. §841(b)(1)(A) |
| | ) | & (C)] |
| Defendant. | ) | |

SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges:

On or about December 4, 2001, in the District of Hawaii, RONALD E. VASCONCELLOS, the defendant, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT 2

The Grand Jury further charges:

On or about March 1, 2002, in the District of Hawaii, RONALD E. VASCONCELLOS, the defendant, did knowingly and intentionally distribute methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 3

The Grand Jury further charges:

On or about April 2, 2002, in the District of Hawaii, RONALD E. VASCONCELLOS, the defendant, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

//
//
//
//
//

COUNT 4

The Grand Jury further charges:

On or about April 2, 2002, in the District of Hawaii, RONALD E. VASCONCELLOS, the defendant, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

DATED: April 18, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
KENNETH M. SORENSON
Assistant U.S. Attorney