CC-USA

UNITED STATES COURT OF APPEALS **FILED**

FOR THE NINTH CIRCUIT

JUL - 8 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>RONALD E. VASCONCELLOS,<br><br>Defendant - Appellant. | No.  05-15894<br>D.C. Nos.  CV-05-00199-SOM/BMK<br>CR-02-00092-SOM<br><br>**ORDER** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 1 2005

at ___ o'clock and ___min. ___M
SUE BEITIA, CLERK

   A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

   Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to respond to the order of this court dated June 10, 2005.

   A certified copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Jeffery Crocker
Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL - 8 2005

Deputy Clerk